**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Bernardo Mikesell<br>Flordeliza Mikesell<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-11153 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Cenlar FSB as servicer for Pingora Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esquire**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322