# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-11153-AMC

BERNARDO MIKESELL
FLORDELIZA MIKESELL
1875 LIPPINCOTT ROAD

HUNTINGDON VALLEY, PA 19006

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BERNARDO MIKESELL
    FLORDELIZA MIKESELL
    1875 LIPPINCOTT ROAD

    HUNTINGDON VALLEY, PA 19006

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

Date: 8/23/2018

                      /S/ William C. Miller
                      _____
                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee