United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11153-amc
Bernardo Mikesell                                                       Chapter 13
Flordeliza Mikesell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP                 Page 1 of 2                    Date Rcvd: Oct 25, 2018
                               Form ID: pdf900             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2018.
```
db/jdb        +Bernardo Mikesell,    Flordeliza Mikesell,    1875 Lippincott Road,
                Huntingdon Valley, PA 19006-7924
14059925      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
14059927      +American Coradius International llc,    2420 Sweet Home Road,    Suite 150,
                Amherst, NY 14228-2244
14085840       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14059928      +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
14059929      +Barclays Bank Delaware,    100 S West St,   Wilmington, DE 19801-5015
14059933      +Cawley and Bergmann,    117 Kinderkamack Road,    Suite 201,   River Edge, NJ 07661-1916
14059934      +Cba Collection Bureau,    Po Box 5013,   Hayward, CA 94540-5013
14059936      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14059937      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
14059938      +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                S Louis, MO 63179-0040
14059939      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                Saint Louis, MO 63179-0040
14059940      +Client Servces, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14059942      +Cornerstone/AES,    Attn: Bankruptcy,    Po Box 2461,   Harrisburg, PA 17105-2461
14076291      +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
14059945      +ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
14059947      +Gatestone & Co. International,    1000 N. West Street, Suite 1200,    Wilmington, DE 19801-1058
14059949      +Holy Redeemer Hospital,    PO Box 781728,   Philadelphia, PA 19178-1728
14059951      +JL Teamworks,    651 N. Cherokee Lane,    Suite B2,   Lodi, CA 95240-4267
14059952      +KeyMed Data Services,    PO Box 102607,    Atlanta, GA 30368-2607
14059954      +MRS BPO LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14059957      +NCB Management Services Inc,    Po Box 1099,   Langhorne, PA 19047-6099
14059955      +Nationwide Credit Inc,    PO box 14581,   Des Moines, IA 50306-3581
14059958      +Northland Group Inc.,    PO Box 390905,   Minneapolis, MN 55439-0905
14059959       Northstar Location Services,    4285 Genesee Street,   Cheektowaga, NY 14225-1943
14099385      +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    Attn: BK Department,    425 Phillips Blvd.,
                Ewing, NJ 08618-1430
14059960      +Provident Cu,    Po Box 8007,   Redwood City, CA 94063-0907
14059961      +Scott Best, Esquire,    170 S. Independence Mall W Suite 874,    Philadelphia, PA 19106-3334
14059944     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:   Elan Financial Service,    Po Box 108,   Saint Louis, MO 63166)
14059963      +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
14059964      +United Collection Bureau,    5620 South Wych Blvd,    Suite 206,   Toledo, OH 43614-1501
14059965      +Urology Health Specialists,    PO Box 1870,   Cary, NC 27512-1870
14063255      +Urology Health Specialists LLC,    1121 Situs Court, Ste 350,    Raleigh, NC 27606-4275
14059967      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Oct 26 2018 02:37:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2018 02:37:44     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bncmail@w-legal.com Oct 26 2018 02:37:39     Synchrony,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14098602      +E-mail/Text: bncmail@w-legal.com Oct 26 2018 02:37:39     COMENITY CAPITAL BANK,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14059930      +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:37:42     Calvary SPV,
                500 Summit Lake Drive, Suite 400,    Valhalla, NY 10595-2321
14059931       E-mail/Text: cms-bk@cms-collect.com Oct 26 2018 02:37:13     Capital Management Services,
                698 1/2 S. Ogden Street,   Buffalo, NY 14206-2317
14059932      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 26 2018 02:39:49     Capital One,
                Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
14061246      +E-mail/Text: bankruptcy@cavps.com Oct 26 2018 02:37:42     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14059935      +E-mail/Text: kzoepfel@credit-control.com Oct 26 2018 02:37:37     Central Loan Admin & R,
                425 Phillips Bv,    Ewing, NJ 08618-1430
14059941      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 26 2018 02:37:15
                Comenity Capital Bank/ Paypal,    PO Box 5138,    Timonium, MD 21094-5138
14068400       E-mail/Text: mrdiscen@discover.com Oct 26 2018 02:37:09     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14059943      +E-mail/Text: mrdiscen@discover.com Oct 26 2018 02:37:09     Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
14059946       E-mail/Text: data_processing@fin-rec.com Oct 26 2018 02:37:13     Financial Recovery Services,
                PO Box 385908,    Minneapolis, MN 55438-5908
14059948      +E-mail/Text: bankruptcy@affglo.com Oct 26 2018 02:37:35     Global Credit and Collection,
                5440 N. Cumberland Avenue,   Suite 300,    Chicago, IL 60656-1486
```

```
District/off: 0313-2          User: PaulP                  Page 2 of 2                  Date Rcvd: Oct 25, 2018
                              Form ID: pdf900              Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14059950       E-mail/Text: cio.bncmail@irs.gov Oct 26 2018 02:37:12      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
14059953      +E-mail/Text: ebn@ltdfin.com Oct 26 2018 02:37:13       LTD Financial Services,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
14097650       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2018 02:39:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14099188      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2018 02:37:34       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14059956      +E-mail/PDF: pa_dc_claims@navient.com Oct 26 2018 02:39:39       Navient,   Attn: Claims Dept,
                 Po Box 9500,    Wilkes- Barr, PA 18773-9500
14077772       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 26 2018 02:39:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14067940       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2018 02:37:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA   17128-0946
14217466      +E-mail/Text: bncmail@w-legal.com Oct 26 2018 02:37:39       SYNCHRONY BANK,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
14059962      +E-mail/PDF: gecsedi@recoverycorp.com Oct 26 2018 02:39:24       Synchrony Bank/ JC Penney,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
14098754      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 26 2018 02:39:55        Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14059926      +E-mail/Text: bnc@alltran.com Oct 26 2018 02:37:09       alltran Financial LP,   PO Box 722929,
                 Houston, TX 77272-2929
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
14059966*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   US Bank/Rms CC,    Card Member Services,    Po Box 108,
                 St Louis, MO 63166)
14078401*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:   U.S. Bank National Association,    Bankruptcy Department,
                 PO Box 108,    St. Louis MO 63166-0108)
                                                                                         TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Bernardo  Mikesell msbankruptcy@verizon.net
              MICHAEL SETH SCHWARTZ    on behalf of Joint Debtor Flordeliza  Mikesell msbankruptcy@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    PINGORA LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    PINGORA LOAN SERVICING, LLC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 8
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BERNARDO MIKESELL           Chapter 13
FLORDELIZA MIKESELL

          Debtor        Bankruptcy No. 18-11153-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW,** this _25th_ day of _OCTOBER_, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
BERNARDO MIKESELL
FLORDELIZA MIKESELL
1875 LIPPINCOTT ROAD

HUNTINGDON VALLEY, PA 19006